## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DESTANY TANKERSLEY,** *et al.*                                          **PLAINTIFFS**

**v.**                          **CASE NO. 4:22-CV-00696-BSM**

**BAILEY'S SUPER STORE, INC.,** *et al.*                          **DEFENDANTS**

## <u>ORDER</u>

The parties' joint motion to approve their settlement agreement and dismiss this case [Doc. No. 14] is granted. After careful review, it is determined that the settlement agreement is reasonable to the employees and furthers implementation of the Fair Labor Standards Act in the workplace. *See Younger v. Ctrs. for Youth & Fams., Inc.*, No. 4:16-CV-00170-KGB, 2017 WL 1652581, at *1 (E.D. Ark. Apr. 27, 2017). The claims of plaintiffs Destany Tankersley and Brandon Hill are dismissed with prejudice and plaintiff Amanda Pinckard's claims are dismissed without prejudice because she did not attend and did not participate in the settlement conference.

IT IS SO ORDERED this 5th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE