IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DESTANY TANKERSLEY,** *et al.* PLAINTIFFS

v. CASE NO. 4:22-CV-00696-BSM

**BAILEY'S SUPER STORE, INC.,** *et al.* DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 5th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE